UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

DAVID FERSZT,

      Plaintiff,                                  Case No. 25-cv-11932
                                                Hon. Matthew F. Leitman

v.

MCLAREN HEALTH CARE CORPORATION,

      Defendant.
_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal Without Prejudice by Plaintiff, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

                                                        s/Matthew F. Leitman
                                                        MATTHEW F. LEITMAN
                                                        UNITED STATES DISTRICT JUDGE

Dated: July 7, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 7, 2025, by electronic means and/or ordinary mail.

                                                        s/Holly A. Ryan
                                                        Case Manager
                                                        (313) 234-5126